IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN PURSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 17-3088-SEM-TSH |
| ) | |
| JEFF KORTE, et al., ) | |
| ) | |
| Defendants. ) | |

### ANSWER AND AFFIRMATIVE DEFENSES

NOW COME Defendants, JEFF KORTE and CAMERON WATSON, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 8 and Local Rule 16.3(E)(2), provide their *Answer and Affirmative Defenses to Plaintiff's Amended Complaint* [Doc. 12], stating as follows:

### ALLEGATIONS[1]

1. On 12/7/2016, I arrived at Western Illinois Correctional Center. I was scheduled to be sent to the Canton Work Camp, but instead I was kept at Western IL C.C.

**RESPONSE:**
**Defendants admit Plaintiff was transferred to Western Illinois Correctional Center on December 7, 2016. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.**

2. On 12/16/2016, I was tricked into a room where I was locked in; I hit the button but NO ONE RESPONDED!

**RESPONSE:**
**Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.**

---
[1] Defendants answer the allegations of the Complaint pursuant to Local Rule 16.3(E)(2) for the Central District of Illinois because no Merit Review has been entered by the Court.

3.    I was sexually assaulted by Robert Biggs, inmate M18936.

**RESPONSE:**
**Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.**

RELIEF REQUESTED

**RESPONSE:  Defendants deny Plaintiff is entitled to any relief whatsoever.**

JURY DEMAND

**RESPONSE:  Defendants demand a trial by jury.**

AFFIRMATIVE DEFENSES

1.    At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2.    Plaintiff is suing Defendants for the actions of a subordinate in which Defendants were not directly involved and such claims are barred because the doctrine of respondeat superior is not a basis for liability under 42 U.S.C. § 1983. *See Gentry v. Duckworth*, 65 F.3d 555, 561 (7th Cir. 1995).

3.    In his complaint, Plaintiff seeks injunctive relief that is not intended to address ongoing constitutional violations.  The Eleventh Amendment and the doctrine of sovereign immunity bar such claims.

4.    Plaintiff has filed suit concerning conditions while in the Department of Corrections. Plaintiff has failed to properly exhaust administrative remedies as is required prior to filing suit under 42 U.S.C. §1983 and his claims are, therefore, barred by the Prisoner Litigation Reform Act (42 U.S.C. §1997e(a)) and Perez v. Wisconsin Dept. of Corrections, 182 F. 3d 532 (7th Cir. 1999).

WHEREFORE, Defendants respectfully requests that this Court deny Plaintiff any relief in this matter whatsoever.

    Respectfully submitted,

    JEFF KORTE and CAMERON WATSON,

        Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois,

        Attorney for Defendants,

By: s/ Matthew Teplinsky
    Matthew Teplinsky, #6321612
    Assistant Attorney General
    500 South Second Street
    Springfield, IL 62701
    (217) 782-5819 Telephone
    (217) 524-5091 Fax
    E-Mail: mteplinsky@atg.state.il.us

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN PURSELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 17-3088-SEM-TSH |
| | ) |
| JEFF KORTE, et al., | ) |
| | ) |
| Defendant. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, the foregoing document, *Defendants' Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

> Brian Pursell
> 2600A S Belt West
> Belleville, Illinois 62226

> By: s/ Matthew Teplinsky
> Matthew Teplinsky, #6321612
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL 62701
> (217) 782-5819 Telephone
> (217) 524-5091 Fax
> E-Mail: mteplinsky@atg.state.il.us